Prob 12B
(7/93)

# UNITED STATES DISTRICT COURT
## for
### District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 AUG 11 AM 10: 34

OFFICE OF THE CLERK

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

| | | |
|---|---|---|
| **Name of Offender:** | Timothy Egan | **Docket Number:** 8:90CR127-2 |
| **Sentencing Judge:** | The Honorable William G. Cambridge | |
| **Date of Original Sentence:** | September 1, 1992 | |
| **Original Offense:** | Possession with Intent to Distribute Methamphetamine 21 U.S.C. 841(a)(1) | |
| **Original Sentence:** | 188 months on each count (concurrent); five years supervised release | |
| **Type of Supervision:** | Supervised Release | |
| **Date Supervision Commenced:** | December 30, 2004 | |

=================================================================================

## PETITIONING THE COURT

__ To extend the term of supervision for _____, for a total term of _____.

X   To modify the conditions of supervision as follows:

**The cost of the offender's supervision be remitted.**

CAUSE

Mr. Egan's conviction and the loss of his license to practice law has caused the offender to have a limited income potential. Paying the costs of supervision also places a financial burden on his ability to support his family. As such, it is this officer's position that the supervision fees originally ordered by the Court be remitted.

Respectfully submitted,

Douglas D. Steensma
U.S. Probation Officer

Reviewed by,

John A. Hill, Supervising
U.S. Probation Officer

**EGAN, Timothy**
**Request for Modifying the Conditions of Supervision**
**July 18, 2006**

THE COURT ORDERS
========================================================================

\_\_     No Action

\_\_     The Extension of Supervision as Noted Above

X     The Modification of Conditions as Noted Above

\_\_     Other

*[signature]*
The Honorable Joseph F. Bataillon
Chief U.S. District Judge

_8/10/06_
Date

Prob 49
(Rev. 12/00)

# United States District Court

### District of Nebraska

## Waiver of Hearing to Modify Conditions
## of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following additional conditions:

The costs of supervision ordered by the Court be remitted due to my limited income.

Witness: _____  Signed: _____
U.S. Probation Officer                     Offender

7/17/2006
Date