PROB. 35  
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

FILED  
U.S. DISTRICT COURT  
DISTRICT OF NEBRASKA

08 JAN 23 AM 10: 39

OFFICE OF THE CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.                                Docket # 8:90CR00127

Timothy Egan

On September 18, 1992, Timothy Egan appeared before U.S. District Court Judge William G. Cambridge, and was sentenced to 188 months custody, to be followed by five years supervised release. The period of supervised release commenced December 30, 2004. Mr. Egan has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Timothy Egan be discharged from supervision.

Respectfully submitted,

Mary Lee Ranheim

Mary Lee Ranheim, Deputy Chief  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __22__ day of __January__, 2008.

The Honorable Joseph F. Bataillon  
Chief United States District Judge